**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 22-15195-RAM** |
| **MARIA E. GOMEZ** | **CHAPTER 13** |

**Debtors,**
_____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|
| 12-1 | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2021-NR4 c/o Select Portfolio Servicing, Inc. | The Debtor objects to Proof of Claim 12-1.  The arrears indicated on the Proof of Claim is $26,791.10. However, the last statement received by the Debtor shows that $19,213.65 was due on May 28, 2022. See statement attached as Exhibit A. Since the Debtor filed for bankruptcy on July 6, 2022, and additional payment of $1870.96 became due on June 28, 2022.  Therefore, the arrears should be $21,084.61. Debtor MARIA E. GOMEZ requests the following disposition: THE ARREARS OF THE CLAIM SHOULD |

| | | BE REDUCED TO $21,084.61. |
|---|---|---|

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Dated: October 7, 2022

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38 Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
bk@coronapa.com

**Credit Mailing Matrix**
**Case No: 22-15195-RAM**

**Sent by Electronic Means**                    **Sent by Electronic Means**
**Office of US Trustee**                         **Nancy K. Neidich, Chapter 13 Trustee**
51 SW 1st Avenue, Ste 1204                       PO Box 279806
Miami, FL 33130                                  Miramar, FL 33027

**Sent by Electronic Means**
April Hosford Stone
Attorney for Secured Creditor
TROMBERG, MORRIS & POULIN, PLLC
1515 South Federal Highway, Suite 100
Boca Raton, FL 33432
Email: astone@tmppllc.com.

**Sent by U.S. Mail**
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

**Sent by U.S. Mail**
Maria E. Gomez
11879 SW 208 Ter.
Miami, Fl 33177-7008